UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

Juan Mata,

      Plaintiff,

-vs-

City of Bangor, a public body and
Justin Weber, an individually,

      Defendants.

Case No: 1:25-cv-572-HYJ-RSK

Honorable Hala Y. Jarbou

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, City of Bangor and Justin Weber, move for an order granting summary judgment and dismissing the Plaintiff's claims with prejudice pursuant to Fed. R. Civ. P. 56(c), as there is no genuine issue of material fact, and Defendants are entitled to judgment as a matter of law.

This motion is based on the legal authorities, record evidence, and arguments contained in the Brief in Support of Motion for Summary Judgment filed with this Motion.

Respectfully Submitted,

PLUNKETT COONEY

Dated: March 26, 2026

By: _/s/ Charles L. Bogren_____
Charles L. Bogren (P82824)
Michael S. Bogren (P34835)
Evan P. Irvine (P88872)
Attorneys for Defendant
333 Bridge St., NW Suite 530
Grand Rapids, MI 49504
(616) 752-4600
cbogren@plunkettcooney.com
mbogren@plunkettcooney.com
eirvine@plunkettcooney.com

62166762.1